**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04-CR-156 |
| | ) | |
| V. | ) | <u>ORDER</u> |
| | ) | |
| DEVIRE BURRIS, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THE MATTER** is before the Court on its own motion. As Defendant's Counsel's Motion to Withdraw is still pending, the trial of this matter is continued from the July 11, 2006, Criminal Term of Court of the Charlotte Division, to a subsequent term of court before **Hon. Frank D. Whitney**. Judge Whitney will schedule this matter for trial after determining whether to hear Defendant's Counsel's Motion to Withdraw or to return reference on that motion to the magistrate judge.

**IT IS SO ORDERED**.

Signed: July 10, 2006

Graham C. Mullen
United States District Judge